AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Jin Yu Cao, Feng Xin Chen, Yuan Tuan Li, Yue Rong Lin, Shuai Zheng

V.

Michael Mukasey, U.S. Attorney General

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11066**

TO: (Name and address of Defendant)

Michael Mukasey
U.S. Attorney General
10th St. & Constitution Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 0 6 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/06/07 |
| NAME OF SERVER *(PRINT)* Amy Li | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/06/2007        *Amy L.*
            Date                *Signature of Server*

401 Broadway, Suite 701
*Address of Server*
New York, NY 10013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.