UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JIN YU CAO, et al.,

                Plaintiffs,                      **ECF CASE**

      v.

                                        07 Civ. 11066 (SAS)

MICHAEL MUKASEY,

                Defendant.                    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          December 21, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                     Southern District of New York

                                    By:    /s/_____
                                                   KIRTI VAIDYA REDDY
                                                   Assistant United States Attorney
                                                   86 Chambers Street, 3rd Floor
                                                   New York, New York 10007
                                                   Telephone: (212) 637-2751
                                                   Facsimile: (212) 637-2786
                                                   Email: kirti.reddy@usdoj.gov

To:    Theodore N. Cox, Esq.
         401 Broadway, Suite 701
         New York, NY 10013