UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JIN YU CAO; FENG XIN CHEN;
YUAN TUAN LI; YUE RONG LIN;
SHUAI ZHENG,

                Plaintiffs,

-against-

MICHAEL B. MUKASEY, Attorney General of
the United States,

                Defendant.

----------------------------------------------------------x

STIPULATION AND ORDER

07 Civ. 11066 (SAS)





IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      February ___, 2008

By: _____
THEODORE N. COX
Attorney for Plaintiffs
401 Broadway Suite 701
New York, NY 10013
Telephone No.: (212)925-1208

1

Dated: New York, New York
February 4, 2008

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York
                            Attorney for Defendant

                By:    */s/ Kirti Vaidya Reddy*
                          KIRTI VAIDYA REDDY
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, NY 10007
                          Telephone No.: (212) 637-2751

SO ORDERED:

*/s/*
USDJ
2/4/08

2