ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JIN YU CAO; FENG XIN CHEN;
YUAN TUAN LI; YUE RONG LIN;
SHUAI ZHENG,

                Plaintiffs,

     -against-

MICHAEL B. MUKASEY, Attorney General of
the United States,

                Defendant.

------------------------------------------------------------x

STIPULATION AND ORDER

07 Civ. 11066 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      February ___, 2008

By: _____
THEODORE N. COX
Attorney for Plaintiffs
401 Broadway, Suite 701
New York, NY 10013
Telephone No.: (212)925-1208

1

Dated: New York, New York
       February 4, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                        By:   _____
                              KIRTI VAIDYA REDDY
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, NY 10007
                              Telephone No.: (212) 637-2751

SO ORDERED:

_____
USDJ                    2/5/08

2